**CERTIFICATE OF SERVICE**

      I hereby certify that true and accurate copies of this document and the accompanying memorandum of law are being filed electronically on August 6, 2018, via the Court's electronic-case-filing (ECF) system. Notice of this filing will be sent by the Court's ECF system to all parties, and copies will be mailed to those parties, if any, that are not served in such manner.

Dated: August 6, 2018

                                                                               *s/ Todd C. Bank*
                                                                               Todd C. Bank