UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>         *Plaintiff*,<br><br>-against-<br><br>COGINT, INC., FLUENT, INC, FLUENT, LLC, and REWARD ZONE USA, LLC,<br><br>         *Defendants*. | 1:18-cv-03307-WFK-PK<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and all other pleadings and proceedings herein, Plaintiff, Todd C. Bank, will move this Court, on a date and at a time to be designated by the Court, before William F. Kuntz, II, United States District Judge, for an Order: (i) striking, pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, portions of the Answer (Dkt. No. 10), to the Complaint (Dkt. No. 1), of Defendants, Cogint, Inc., Fluent, Inc, Fluent, LLC, and Reward Zone USA, LLC; and (ii) granting, to Plaintiff, any other lawful and proper relief.

Dated: August 31, 2018

                         Respectfully submitted,

                          *s/ Todd C. Bank*
                         TODD C. BANK
                          ATTORNEY AT LAW, P.C.
                         119-40 Union Turnpike, Fourth Floor
                         Kew Gardens, New York 11415
                         (718) 520-7125
                         By Todd C. Bank

                         *Counsel to Plaintiff*

TO: KLEIN MOYNIHAN TURCO LLP
    450 Seventh Avenue
    New York, New York  10123
    (2l2) 246-0900

    *Counsel to Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of this document is being filed electronically on August 31, 2018, via the Court's electronic-case-filing (ECF) system. Notice of this filing will be sent by the Court's ECF system to all parties, and copies will be mailed to those parties, if any, that are not served in such manner.

Dated: August 31, 2018

                       *s/ Todd C. Bank*
                       Todd C. Bank