UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TODD C. BANK, individually and on
behalf of all others similarly situated,

               Plaintiff,

v.

COGINT, INC., FLUENT, INC.,
FLUENT, LLC, and REWARD ZONE USA LLC,

               Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 14 2018 ★
BROOKLYN OFFICE

**ORDER**
18-CV-3307 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 10, 2018, Defendants in the above-captioned action moved to stay this case until the resolution of the Federal Communications Commission's rulemaking process related to a safe harbor exemption for calls placed to reassigned telephone numbers and to the interpretation of the term "called party" as used in the Telephone Consumer Protection Act, 47 U.S.C. § 227. Defendants' motion to stay is GRANTED. ECF No. 39.

                              **SO ORDERED.**

                        s/ WFK II
                        HON. WILLIAM F. KUNTZ, II
                        UNITED STATES DISTRICT JUDGE

Dated: December 14, 2018
       Brooklyn, New York

1