TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York 11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com

tbank@toddbanklaw.com

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 04 2019 ★
BROOKLYN OFFICE

January 3, 2019

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn.: Judge William F. Kuntz, II

    Re:    Todd C. Bank v. Cogent, Inc., *et al.*
            Case No. 1:18-cv-03307-WFK-PK

Dear Judge Kuntz:

    I am the plaintiff in the above-referenced matter. The parties request the following briefing schedule for my anticipated motion for clarification of the text order dated December 31, 2018, that denied my motion (Dkt. No. 51) to strike portions of Defendants' Amended Answer.

    Motion due within one business day of the Court's ordering of a briefing schedule;
    Opposition due three weeks after service of motion; and
    Reply due two weeks after service of opposition.

Sincerely,

  *s/ Todd C. Bank*

Todd C. Bank

TCB/bd

The application is \_\_\_ granted.
SO ORDERED     ✓ denied.
      s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: January 3, 2019
      Brooklyn, New York